(79 South. 398)

LITTLE v. STATE. (6 Div. 484.)

(Court of Appeals of Alabama. June 11, 1918.)

Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

Defendant Carroll Little was convicted for carrying a concealed pistol, and from the judgment he appeals. Affirmed.

Pinkney Scott, of Bessemer, for appellant. F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. The judgment is affirmed, upon authority of Carroll Little v. State, ante, p. 492, 79 South. 397, present term, by Brown, P. J.

Affirmed.